No. 685. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Henry C. Clausen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 688. MILOM *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 7th Cir. Certiorari denied. *E. M. Burke* for petitioner. *Marvin A. Jersild* for respondent.

No. 689. BOLINDERS Co., INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Copal Mintz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 704. RUTH ELKHORN COALS, INC., ET AL. *v.* MITCHELL, SECRETARY OF LABOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Wallace M. Cohen, James M. Landis* and *Fred B. Greear* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Stuart Rothman* and *Bessie Margolin* for respondent.

No. 698. COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY, VIRGINIA, ET AL. *v.* ALLEN ET AL. C. A. 4th Cir. Certiorari denied. *Kenneth C. Patty,* then Attorney General, and *Henry T. Wickham,* Special Assistant Attorney General, for the State of Virginia, and *T. Justin Moore, Archibald G. Robertson, John W. Riely* and *T. Justin Moore, Jr.* for the Prince Edward County School Authorities, petitioners.